AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Messitte, Peter J. | U.S. District Court | 10/15/14 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☐ Annual ☐ Final<br>5b. ☒ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | American University Washington College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | State of Maryland Judiciary - Pension Payments | $49,524.00 |
| 2. 2013 | American University Washington College of Law - Teaching | $7,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Levin College of Law/ University of Florida | 5/12/13-5/14/13 | Gainesville, Florida | Educational Seminar | Transportation, Meals, Hotel |
| 2. | ABA/George Mason Law | 10/9/13 | Arlington, Virginia | Educational Seminar | Transportation, Meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 10/15/14 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 10/15/14 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. PJM/IRA (Wells Fargo) (same as #3 to #22) | D | Dividend | N | T | | | | | See Part VIII |
| 3. RS Floating Rate Y (RSFYX) | A | Dividend | J | T | Buy | 04/18/13 | J | | |
| 4. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 5. Kaufman Federated LG CP | A | Dividend | K | T | Sold (part) | 05/15/13 | J | A | |
| 6. Royce Penn Mutual Fund | A | Dividend | K | T | | | | | |
| 7. Blackrock US Opp. Portfolio Fd | A | Dividend | K | T | | | | | |
| 8. Blackrock Global Alloc. Fd | A | Dividend | K | T | Buy | 02/09/13 | J | | |
| 9. Blackrock Global Alloc. Fd | A | Dividend | K | T | Sold (part) | 05/15/13 | J | A | |
| 10. Growth Fd of Am ClF2 | A | Dividend | K | T | | | | | See Part VIII |
| 11. Henderson Int Opp Fd Cl W | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Dev Growth Fd Cl F | A | Dividend | K | T | Sold (part) | 05/15/13 | J | A | |
| 13. MFS Value Fd Cl A | A | Dividend | K | T | Sold (part) | 05/15/13 | J | A | |
| 14. Oppenheimer Dev Mkts Fd Cl Y FDS | A | Dividend | J | T | | | | | |
| 15. Thornburg Inv Inc Bldr Fd Cl I | A | Dividend | K | T | Sold (part) | 05/15/13 | J | A | |
| 16. Pimco Total Return Fd Cl P | A | Dividend | J | T | | | | | |
| 17. Templeton Glob Bond Fd Advisor Class | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 10/15/14 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco High Yield Y | A | Dividend | J | T | Sold (part) | 04/18/13 | J | A | |
| 19. John Hancock Disc Val MDCP | A | Dividend | J | T | | | | | |
| 20. Loomis Sayles Strategic Inc Y | A | Dividend | K | T | Sold (part) | 05/15/13 | J | A | |
| 21. RS Global Natural Res A | A | Dividend | J | T | | | | | |
| 22. Unit AAM Corporate Navellier Dial High Income 58F | A | Interest | J | T | | | | | |
| 23. Capital One Bank (formerly Chevy Chase Bank),Chevy Chase, MD | A | Interest | N | T | | | | | |
| 24. Sun Trust Bank, Chevy Chase, MD | A | Interest | L | T | | | | | |
| 25. SM/IRA (Wells Fargo) (same as #26 to #30) | A | Dividend | K | T | | | | | |
| 26. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | | | | | |
| 27. Pimco Total Return Fd | A | Dividend | J | T | | | | | |
| 28. Fd Eq Fds Kaufmann Lge Cap Fd Inst C1 | A | Dividend | J | T | | | | | |
| 29. Oppenheimer Dev. Mkts C1 Y FDS | A | Dividend | J | T | | | | | |
| 30. Royce Penn Mutual Fund | A | Dividend | J | T | | | | | |
| 31. SM/PJM (Wells Fargo) (same as #32 to #50) | D | Dividend | N | T | | | | | |
| 32. Royce Penn. Mutual Fund | A | Dividend | J | T | | | | | |
| 33. RS Floating Rate Y (RSFYX) | A | Dividend | J | T | Buy | 04/18/13 | J | | |
| 34. Henderson Global Income Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 10/15/14 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | American Investment Co. of America, F2 | A | Dividend | J | T | | | | | |
| 36. | Blackrock Global Alloc. Fd, Inc. | A | Dividend | K | T | | | | | |
| 37. | Blackrock US Opp Ins | A | Dividend | K | T | | | | | |
| 38. | Delaware Diversified, Income Fd C 1A | A | Dividend | K | T | | | | | |
| 39. | American Europacific Growth Fd F2 | A | Dividend | J | T | | | | | |
| 40. | American Growth Fund of Amer Class F1 | A | Dividend | K | T | | | | | |
| 41. | American Inc Fd of Amer C1 F1 | A | Dividend | K | T | | | | | |
| 42. | Lord Abbett Dev Growth Fd C1 F | A | Dividend | J | T | | | | | |
| 43. | MFS Value I (ME11X) | A | Dividend | K | T | | | | | |
| 44. | Pimco Total Return Fd C1 P | A | Dividend | K | T | | | | | |
| 45. | Invesco Eq & Inc Fd C1 Y | A | Dividend | K | T | | | | | |
| 46. | Templeton Global Bond Fd | A | Dividend | J | T | | | | | |
| 47. | Invesco High Yield Y | A | Dividend | J | T | Sold (part) | 04/18/13 | J | A | |
| 48. | John Hancock Disc Val MDCP | A | Dividend | J | T | | | | | |
| 49. | Loomis Sayles Strat Inc. Y | A | Dividend | K | T | | | | | |
| 50. | Unit AAM Corporate Dial High Inc 58 | A | Interest | J | T | | | | | |
| 51. | ▓▓▓▓▓▓▓▓ Rental Property | C | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 10/15/14 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Maryland College Investment Plan #1 Portfolio 2021 (no control) | A | int. | K | U | | | | | |
| 53. Maryland College Investment Plan #2 Portfolio 2021 (no control) | A | int. | J | U | | | | | |
| 54. Maryland College Investment Plan #3 Portfolio 2021 (no control) | A | int. | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Messitte, Peter J.** | 10/15/14 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Elaboration of Part VII

#2, #25 & #31  All Morgan Stanley accounts were turned over to Wells Fargo, effective December, 2013.

#2  "PJM/IRA" = Peter J. Messitte Individual Retirement Account

#9  Previously incorrectly listed as "Growth Fd of Am CIF1" when it should have been "Growth Fd of Am CIF2"

#25  "SM/IRA" =              Individual Retirement Account

#31  "SM/PM (Wells Fargo) = Peter J.      Messitte     Brokerage Account with Wells Fargo

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: /s/ **Peter J. Messitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544